6 A.3d 1287

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony JOHNSON, Petitioner.**

**No. 66 EM 2010.**

Supreme Court of Pennsylvania.

Sept. 3, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2010, the Application for Extraordinary Relief is **DENIED.**